UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PAULA LAZO, et al., | No. C 12-00762 LB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

In preparation for the October 11, 2012 Initial Case Management Conference ("CMC"), defendant Bank of America N.A. ("Bank of America") filed a separate case management conference statement. Bank of America's 10/5/2012 CMC Statement, ECF No. 22. In it, Bank of America stated that it had not been able to get a hold of Plaintiffs' counsel for some time, either to discuss settlement or to draft a joint CMC statement. *Id*. At roughly 9:30 p.m. on October 10, 2012 (the night before the scheduled Initial CMC), Plaintiffs filed a CMC statement. Plaintiffs' 10/10/2012 CMC Statement, ECF No. 23. In it, Plaintiffs' counsel did not explain why they have not contacted Bank of America's counsel, but they did say that they were having trouble contacting their clients. *Id*.

Neither of Plaintiffs' counsel appeared at the CMC the next day. Instead, another attorney, who is not involved with this case, specially appeared on their behalf. At the CMC, to remedy the breakdown in communication, the court stated that it would order Plaintiffs' counsel to appear before the court to explain what has happened. Bank of America agreed with this process.

Accordingly, the court **ORDERS** Plaintiffs' counsel—both Mr. Lauro Nick Pacheco, Jr. and Mr. Hakop A. Kashishyan—to respond in writing, no later than October 25, 2012, and explain their efforts to contact their clients and their failure to communicate with Bank of America. Further, the court **ORDERS** both Mr. Pacheco and Mr. Kashishyan to appear before the court on November 1, 2012 at 11:00 a.m. to show cause why this case should not be dismissed for failure to prosecute and why they should not be sanctioned for their lack of participation in it. If Plaintiffs' counsel timely files their written response that adequately explains their conduct, the November 1, 2012 hearing will be converted from a show cause hearing to a Further CMC. Even if the hearing is converted to a Further CMC, Plaintiffs' counsel both shall appear at it in person.

**IT IS SO ORDERED.**

Dated: October 16, 2012

_____
LAUREL BEELER
United States Magistrate Judge